

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2022

No. 04-21-00240-CV

**INTEREST OF C.H., J.H., E.H., I.B.H., AND I.A.H.**

From the 112th Judicial District Court, Sutton County, Texas
Trial Court No. CV06287
Honorable Pedro (Pete) Gomez Jr., Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Luz Elena D. Chapa, Justice
Beth Watkins, Justice

On July 7, 2022, appointed trial counsel for appellant S.H. filed a motion to withdraw from representation because he is closing his private law practice. After consideration, we **GRANT** counsel's motion. *See* TEX. R. APP. P. 6.5. Because appellant is indigent, new appellate counsel must be appointed. *See* TEX. FAM. CODE ANN. § 107.013 (requiring trial court to appoint counsel to represent indigent parent in parental termination case); *In re K.S.M.*, 61 S.W.3d 632, 633 (Tex. App.—Tyler 2001, no pet.) ("Like indigent criminal appellants, indigent appellants challenging an order terminating their parental rights enjoy a right to counsel on appeal.").

Accordingly, we **ORDER** this appeal **ABATED** and **REMANDED** to the trial court for appointment of new appellate counsel for S.H. by **July 29, 2022.** *See Duncan v. State*, 653 S.W.2d 38, 40 (Tex. Crim. App. 1983) (holding that appellate courts may abate appeals so that trial court can assure appellant has effective assistance of counsel). We further **ORDER** the trial court clerk to file a supplemental clerk's record containing the trial court's order appointing new appellate counsel for S.H. in this court by **August 5, 2022**.

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id.* Given the time constraints governing the disposition of this appeal, **no requests for extensions of time will be allowed.**

FILE COPY

It is so **ORDERED** on July 22, 2022.

**PER CURIAM**

ATTESTED TO:

MICHAEL A. CRUZ,
CLERK OF COURT